```
BENJAMIN B. WAGNER
United States Attorney
CHRISTOPHER S. HALES
Special Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:10-cr-00256-KJM |
| Plaintiff, | ORDER TO CONTINUE ORAL ARGUMENT ON APPEAL FROM MAGISTRATE JUDGE |
| v. | |
| ALETHA COLWELL, | DATE: December 15, 2011 |
| | TIME: 10:00 a.m. |
| Defendant. | JUDGE: Kimberly J. Mueller |

It is hereby ordered that oral argument in the above-captioned appeal be continued from December 15, 2011 to February 9, 2012 at 10 a.m, and that the briefing schedule be modified as follows:

- Government's response due:   January 26, 2012
- Defendant's reply due:   February 2, 2012
- Oral argument:   February 9, 2012

IT IS SO ORDERED.

Dated: November 23, 2011.

_____
UNITED STATES DISTRICT JUDGE