BENJAMIN B. WAGNER
United States Attorney
CHRISTOPHER S. HALES
Special Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:10-cr-0256 KJN |
| Plaintiff, | ORDER TO SET ASIDE JURY VERDICT AND VACATE JUDGMENT AND SENTENCE |
| v. | |
| ALETHA COLWELL, | |
| Defendant. | |

By order dated May 9, 2012, the United States District Court (Mueller, J.) reversed the denial of defendant's motion for judgment of acquittal pursuant to Federal Rule of Criminal Procedure 29. (Dkt. #79.) The government has provided notice to the court and the defendant that it does not intend to appeal that ruling. Accordingly, the court hereby orders that the jury's verdict in this case be set aside, defendant's judgment and sentence (Dkt. #52) be vacated, and that judgment of acquittal be entered for defendant. IT IS SO ORDERED.

Dated: June 12, 2012

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE